UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DANIEL LEHMANN,<br><br>         Plaintiff,<br><br>     v.<br><br>SOUSANNA "TES" LEE, et al.,<br><br>         Defendants. | Case No.  3:24-cv-02107-JD<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

The complaint was dismissed with leave to amend pursuant to 28 U.S.C. § 1915. Dkt. No. 4. Pro se plaintiff Nathan Daniel Lehmann was advised that failure to file an amended complaint by July 12, 2024, would result in dismissal with prejudice. *Id.*  No amended complaint has been filed, and this case is dismissed with prejudice. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 15, 2024

_____
JAMES DONATO
United States District Judge